In the Interest of D.A.B.

Alan N. GREMLI, Juvenile Officer, Respondent,

v.

D.A.B., Jr. (Natural Father), Appellant,

B.L.M.H. (Natural Mother), Defendant.

No. WD 59663.

Missouri Court of Appeals, Western District.

Oct. 2, 2001.

Max Von Erdmannsdorff, Kansas City, MO, for Respondent.

David B. Sexton and Gary M. Steinman, Gladstone, MO, for Appellant.

Katharine Shepherd Porter, Liberty, MO, for Defendant.

Jack A. Lewis, N. Kansas City, MO, Attorney for Guardian ad litem.

Before: EDWIN H. SMITH, P.J., and HOWARD and HOLLIGER, JJ.

### Order

PER CURIAM.

D.A.B., Jr., appeals from the judgment of the Circuit Court of Clay County terminating his parental rights to his minor son, D.A.B.

In his sole point on appeal, the appellant contends that the juvenile court erred in terminating his parental rights, pursuant

to § 211.447.4(1)(b), for abandoning D.A.B., because it was against the weight of the evidence in that the clear weight of the evidence established that he had not failed to support or communicate with D.A.B. for a period of six months immediately preceding the filing of the petition for termination, as required by § 211.447.4(1)(b).

Affirmed. Rule 84.16(b).